**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCHEKERA BLAIR-SCOTT, | |
| Plaintiff, | Case No. 20-cv-2258 (JMC) |
| v. | |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion for summary judgment, ECF 54, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 29, 2026